IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:09cr433 |
| Plaintiff, | |
| v. | ORDER |
| GARY SULLIVAN, | |
| Defendant. | |

Defendant Gary Sullivan, appeared before the court on January 6, 2011 on a Summons for a Petition for Offender Under Supervision [2]. Federal Public Defender's Office is appointed to represent the defendant. The defendant was represented by Assistant Federal Public Defender, Richard McWilliams, and the United States was represented by Assistant U.S. Attorney, Michael Wellman. The defendant enters denials on the petition.

IT IS ORDERED:

1. The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

2. An evidentiary hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on March 22, 2011.** Defendant must be present in person.

3. Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 7th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge